# COMPOSITE EXHIBIT B









# O P Λ T R Λ™
## L O N D O N

The Opatra Synergy is a Therapeutic device that combines LED light and heat therapy. The two wavelengths infra red and red light are well researched to improve the appearance of the skin and help reduce pain.

USES:
The Opatra Synergy can be used on all areas of the face including body.

## WARNINGS

- Do not use to treat your eyelids or aim the device directly into your eye, doing this could cause serious eye injury.

- Do not use the device if you are under the age of 18.

- Do not use if you are pregnant, the device has not been tested for safety on pregnant women and the risks are unknown.

- Do not use if you have history of light triggered seizures.

- Do not use if you have any light sensitive disease or are taking any light sensitive drugs .

     

FDA
Cleared as
Medical Device













