# EXHIBIT B







0
Checkout

Log In

Sign Up

EN | FR

## GLOWING SKIN MAKES US BEAM WITH PRIDE

At Opatra Advanced Skincare Technologies, we bring together the latest technological leaps and scientific innovations to create potent skincare solutions and dynamic tools that are redefining the beauty industry. As a leading device manufacturer and wholesaler, Opatra recognizes that our remarkable success is a reflection of your happiness with our easy-to-use instruments that help to produce healthy, youthful, and glowing skin.



SHOP