# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| OMM IMPORTS, INC., a Florida corporation, d/b/a ZERO GRAVITY, <br><br> Plaintiff, <br><br> v. <br><br> YRS GROUP, INC., a Nevada corporation, d/b/a OPATRA USA, <br><br> Defendant. | CIVIL CASE NO.: 1:18-cv-21705 <br><br> **JURY TRIAL DEMANDED** |

**DECLARATION OF MOTI SHENFARBER**

I, MOTI SHENFARBER, do hereby declare and aver as follows:

1. I hereby make this Declaration based upon my personal knowledge, and understand that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. §101, and, pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the following is true and correct.

2. I am over the age of 18 and am fully competent to make this Declaration.

3. I am a Director of Plaintiff, OMM Imports, Inc. d/b/a/ Zero Gravity[1] ("OMM").

4. OMM was formed as a Florida corporation in 2014, and since then has been focused, *inter alia*, on designing and developing the safest, most effective, and most uniquely designed anti-aging facial products to deliver to consumers across the globe.

5. One such product designed and developed by OMM and marketed to consumers is known as the Perfectio®, which is an FDA-cleared Class II medical device designed by OMM

---

[1] OMM filed for the fictitious name, Zero Gravity, with the Florida Division of Corporations on May 15, 2015.

1

offering consumers the ability to perform easy, pain free facial skin rejuvenation in the comfort and privacy of their own homes. OMM offers the Perfectio® as well as the Perfectio® Plus (collectively, the "Perfectio® line"). Both devices are identical from a design perspective, but the Plus is a more powerful device.

6. The Perfectio® line promotes skin health through the use of light-emitting diodes (LED), which emit light at red and infrared wavelengths.

7. At one time, red LED facial treatment was exclusively offered through doctor's offices and high-end spas, but OMM, though its Perfectio® line, became an industry leader by designing and bringing to market red light skin rejuvenation therapy for consumer home use.

8. On March 3, 2016, as a result of the sleek unique design aspects of the Perfectio® line, OMM filed U.S. Design Patent Application No. 29/556,810 with the United States Patent and Trademark Office (USPTO).

9. Thereafter, on July 11, 2017, the USPTO granted the foregoing application, and issued U.S. Patent No. D791,960 ("the '960 Patent") to OMM.

10. The '960 Patented design, as embodied in the Perfectio® line, has garnered overwhelming support and enthusiasm from consumers.

11. Unfortunately, as a direct result of such wide success, OMM has recently discovered several entities promoting competing devices that infringe the claims of the '960 Patent.

12. One such infringer is Defendant, OPATRA. Presumably based on the heavy consumer demand for the product, OPATRA recently expanded its operations into the United States, and presently markets throughout the country over the internet through, at least, http://www.us.opatra.com.

13. One product line marketed by OPATRA via its us.opatra.com web domain presence is referred to as "Synergy", which is promoted as "a Therapeutic device that combines LED light and heat therapy."

14. OPATRA sells a Synergy device, which corresponds to OMM's Perfectio®, as well as a recently launched Synergy Limited Edition device, which corresponds to OMM's Perfectio® Plus.

15. OPATRA markets its competing Synergy line to target the exact same consumers as OMM does through its Perfectio® line, *i.e.*, those looking for the ability to perform easy, pain free, and high-end facial skin rejuvenation in the comfort and privacy of their own homes.

16. Not only has OPATRA copied OMM's unique patented design, but it has also copied, almost word-for-word, OMM's marketing video, as well as OMM's packaging of the Perfectio® line.

17. OPATRA also marks its products as having been cleared by the FDA as a medical device, when I do not believe OPATRA has obtained such clearance.

18. Additionally, and most importantly, OPATRA styled its device to look virtually identical stylistically to the Perfectio® line and to the claims of the '960 Patent.

19. OMM packages its Perfectio® devices in a unique and distinctive manner. Specifically, OMM sells its Perfectio® devices (**i**) in a rectangular box approximately 10'' x 4.5'' x 4.5''; (**ii**) made from a shiny moire like fabric; (**iii**) which contains a diagonal opening on the side, and a flat opening in the front, opening backwards; (**iv**) and which contains a felt interior, (**v**) and in which the device is located in the bottom-center of the box, facing upwards, with the LED face of the device facing outwards. The way the entire package is presented is unique, but in

particular, the shiny moire like fabric, combined with the way the box opens, is unusual and distinct.

20.   OMM is not aware of any similar packaging on similar products with the exception of the infringer, OPATRA.

21.   Although the products appear superficially to be identical, I believe the Synergy devices are inferior in performance to the Perfectio®.

22.   OMM markets and sells its Perfectio® line through retailers and the internet, and I believe OPATRA does the same. Both Parties market and sell devices online to the exact same clientele. Thus, any consumers looking for the ability to perform easy, pain free, and high-end facial skin rejuvenation through the use of light-emitting diodes (LED) in the comfort and privacy of their own homes are likely to encounter both Parties' products.

23.   OMM markets and advertises its Perfectio® devices on its own website, https://www.zerogravityskin.com/ and through its authorized retailers.

24.   All of the foregoing not only creates the false public perception that the Synergy products are associated with OMM's patented design, but it also naturally (and continuously) usurps the goodwill OMM has worked very hard to establish.

25.   This is particularly damaging to OMM considering it and OPATRA market their devices towards the exact same clientele. And, inasmuch as the products at issue involve application of LED infrared technology on a consumer's skin, OMM is at the heightened risk of suffering reputational harm should consumers suffer injury by OPATRA's infringing products, as OMM has absolutely no control over the manufacture, quality control or consumer support (*if any*) provided by OPATRA. This is particularly problematic here, where OPATRA is falsely claiming its Synergy devices are FDA approved medical devices.

26. Allowing the instant infringement to continue thus strips OMM of its ability to control its own reputation and public image. Indeed, OPATRA appears to be primarily based in the United Kingdom, exposing it to little long-term risk for its infringing activity should negative consumer reviews be received in the United States. As such relates to OMM, however, negative consumer reviews received against OPATRA's infringing product will significantly damage OMM for the life of the '960 Patent, if not longer.

27. OPATRA's continued marketing and sale of the infringing products will directly interfere with and thwart OMM's reputation and efforts to penetrate the market with the sale of its competing product. This is especially so because OPATRA touts itself as an industry leader and creator of OMM's patented design. This will not only undoubtedly erode OMM's market share and ability to earn a greater premium for its inventive design, but it will also cause consumers to believe that OPATRA is affiliated with OMM; in turn, the negative consequences of OPATRA's actions will irreparably and significantly diminish OMM's ability to control and further develop a positive reputation and goodwill in the marketplace.

28. In an effort to avoid this instant litigation, OMM contacted OPATRA to demand an immediate cessation of all infringing activity. Such efforts were to no avail, as OPATRA continues to engage in its unlawful conduct.

Under penalties of perjury, I declare that I have read the foregoing and that the facts stated in it are true.

Dated: 4/27/2018.

_____
MOTI SHENFARBER